## APPENDIX A

SP5



SP6





FT10



K2 PRINT AD: FACTORY TEAM "FT10"

ER 25 at 64

FT11

